UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CESARIO VIZCARRA MEDINA,<br><br>Plaintiff,<br><br>v.<br><br>TAMMY CAMPBELL,<br><br>Defendant. | Case No. 1:23-cv-00381-ADA-EPG (PC)<br><br>ORDER DIRECTING CLERK TO SEND, AND PLAINTIFF TO COMPLETE, A § 1983 CIVIL RIGHTS COMPLAINT FORM<br><br>(ECF No. 1) |

Plaintiff Cesario Vizcarra Medina filed this case as a habeas corpus action pursuant to 28 U.S.C. § 2254. (ECF No. 1, *see* ECF No. 5 – amended petition). Concluding that Plaintiff's claims regarding his conditions of confinement were not cognizable in habeas, the Court issued findings and recommendations to dismiss Plaintiff's operative petition. (ECF No. 7).

After Plaintiff filed objections requesting that his petition be converted to a 42 U.S.C. § 1983 civil rights action, the Court vacated its findings and recommendations, converted the case to a § 1983 action, and directed Plaintiff to complete an *in forma pauperis* application or pay the civil filing fee. (ECF No. 9). On July 19, 2023, Plaintiff paid the filing fee.

Given that Plaintiff has thus far presented his claims on the habeas petition form, the Court will direct him to complete the appropriate § 1983 civil rights form, which solicits information pertinent to how the Court will construe this case going forward.

Accordingly, IT IS ORDERED as follows:

1

1. The Clerk of Court is directed to send Plaintiff a § 1983 amended civil rights complaint form along with this order;

2. Within thirty (30) days from the date of service of this order, Plaintiff shall complete the form. Plaintiff is advised that his complaint supersedes his habeas petitions, *Lacey v. Maricopa County*, 693 F.3d. 896, 907 n.1 (9th Cir. 2012) (en banc), and must be complete in itself without reference to the prior habeas petitions, Local Rule 220. Each claim and the involvement of each Defendant must be sufficiently alleged. The complaint should refer to the appropriate case number and be an original signed under penalty of perjury. Additionally, the complaint shall not be more than twenty-five pages long including any attached exhibits.

3. Failure to comply with this order may result in the dismissal of this action.

IT IS SO ORDERED.

Dated:   **July 20, 2023**                            /s/ Erica P. Grosjean
                                                     UNITED STATES MAGISTRATE JUDGE