UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CESARIO VIZCARRA MEDINA,<br><br>        Plaintiff,<br><br>    v.<br><br>TAMMY CAMPBELL,<br><br>        Defendant. | No. 1:23-cv-00381-KES-EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. 14) |

    Plaintiff Cesario Vizcarra Medina is a state prisoner proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983. The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On September 18, 2023, the assigned magistrate judge entered findings and recommendations, recommending that this case be dismissed with prejudice for failure to state a claim upon which relief may be granted. Doc. 14. The findings and recommendations were served on plaintiff and contained notice that any objections thereto must be filed within fourteen days. Plaintiff has not filed objections, and the time to do so has expired.

    In accordance with 28 U.S.C. § 636(b)(1), the court has conducted a de novo review of this case. Having carefully reviewed the file, the court concludes the findings and recommendations are supported by the record and proper analysis.

Accordingly, IT IS ORDERED that:

1. The findings and recommendations issued on September 18, 2023 (Doc. 14) are ADOPTED IN FULL.
2. This case is DISMISSED with prejudice for failure to state a claim.
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   August 12, 2024

UNITED STATES DISTRICT JUDGE

2