UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CESARIO VIZCARRA MEDINA,<br><br>    Plaintiff,<br><br>v.<br><br>TAMMY CAMPBELL,<br><br>    Defendant. | Case No.   1:23-cv-00381-KES-EPG<br><br>ORDER PROVIDING PLAINTIFF THE OPPORTUNITY TO SUPPLEMENT HIS *IN FORMA PAUPERIS* MOTION<br><br>(ECF No. 22) |

Plaintiff Cesario Vizcarra Medina is a state prisoner proceeding *pro se* in this civil rights case filed under 42 U.S.C. § 1983. Plaintiff is not proceeding *in forma pauperis*; rather, he paid the filing fee in full.

Plaintiff's operative complaint alleged that his prison is denying him his constitutional right to have contact visits with his minor children. The assigned District Judge dismissed the case with prejudice, adopting the findings and recommendations that concluded that Plaintiff failed to state a claim. (ECF Nos. 14, 17, 18).

Plaintiff appealed (Case No. 24-5242), and this matter is currently before the Court on his motion to proceed *in forma pauperis* on appeal. (ECF No. 22). The motion states that Plaintiff would like to proceed *in forma pauperis* on appeal. (*Id.*).

However, more information is required for this Court to review his motion.

Federal Rule of Appellate Procedure 24(a)(1) provides as follows:

1

**(1) Motion in the District Court.** Except as stated in Rule 24(a)(3), a party to a district-court action who desires to appeal in forma pauperis must file a motion in the district court. The party must attach an affidavit that:

> (A) shows in the detail prescribed by Form 4 of the Appendix of Forms the party's inability to pay or to give security for fees and costs;
>
> (B) claims an entitlement to redress; and
>
> (C) states the issues that the party intends to present on appeal.

Fed. R. App. P. 24(a)(1)(A)-(C). Further, "[a] prisoner seeking to . . . appeal a judgment in a civil action or proceeding without prepayment of fees or security therefor . . . shall submit a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint or notice of appeal, obtained from the appropriate official of each prison at which the prisoner is or was confined." 28 U.S.C. § 1915(a)(2).[1]

Because Plaintiff has failed to provide sufficient information to review his *in forma pauperis* motion, the Court will grant him the opportunity to supplement it.

Accordingly, IT IS ORDERED as follows:

1. Within fourteen days from the date of service of this order, Plaintiff is permitted to file a supplement providing the additional information discussed above, including his prison trust fund account statement, which is needed to address his *in forma pauperis* motion.

2. The Clerk of Court is directed to mail Plaintiff a copy of this order and "Form 4. Motion and Affidavit for Permission to Proceed in Forma Pauperis" (available at https://cdn.ca9.uscourts.gov/datastore/uploads/forms/form04.pdf). Plaintiff may use Form 4 to help satisfy the requirements of Federal Rule of Appellate Procedure 24(a)(1).

\\\
\\\
\\\
\\\
\\\
\\\

---

[1] The Court notes that, under 28 U.S.C. § 1915(a)(3), "[a]n appeal may not be taken in forma pauperis if the trial court certifies in writing that it is not taken in good faith."

3.  If Plaintiff fails to timely supplement his *in forma pauperis* motion, he is advised that his motion may be denied without any further opportunity to supplement it.

IT IS SO ORDERED.

Dated:  **September 12, 2024**           /s/ Erica P. Grosjean
                                          UNITED STATES MAGISTRATE JUDGE

3