UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CESARIO VIZCARRA MEDINA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>TAMMY CAMPBELL,<br><br>　　　　Defendant. | No. 1:23-cv-00381-KES-EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S MOTION TO PROCEED IN FORMA PAUPERIS ON APPEAL<br><br>Docs. 22, 24. |

Plaintiff Cesario Vizcarra Medina is a state prisoner proceeding pro se in this civil rights case filed under 42 U.S.C. § 1983. Doc. 1. The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 9, 2024, plaintiff filed a motion to proceed in forma pauperis on appeal. Doc. 22. The magistrate judge issued an order on September 13, 2024, notifying plaintiff of the deficiencies in his motion and allowing plaintiff fourteen days to supplement his motion. Doc. 23. However, plaintiff did not provide any additional information or otherwise respond to the magistrate judge's order. On October 16, 2024, the assigned magistrate judge issued findings and recommendations, recommending that plaintiff's motion to proceed in forma pauperis on appeal be denied. *See* Doc. 24. The findings and recommendations were served on plaintiff and contained notice that objections were to be filed within fourteen days of service. *Id*. at 3.

1

1  Plaintiff has not filed any objections, and the time to do so has expired.

2      In accordance with 28 U.S.C. § 636(b)(1), the court has conducted a de novo review of
3  this case. Having carefully reviewed the file, the court finds the findings and recommendations to
4  be supported by the record and proper analysis.

5      Accordingly, it is ORDERED:

6      1. The findings and recommendations, issued October 16, 2024, Doc. 24, are ADOPTED
7         IN FULL.
8      2. Plaintiff's motion to proceed in forma pauperis on appeal, Doc. 22, is DENIED.
9      3. The Court CERTIFIES that plaintiff's appeal would not be taken in good faith. 28
10        U.S.C. § 1915(a)(3).
11     4. The Clerk of Court is directed to immediately notify the Court of Appeals of the denial
12        of plaintiff's motion to proceed in forma pauperis on appeal and of the certification
13        that the appeal would not be taken in good faith. Fed. R. App. P. 24(a)(4)(A).

16  IT IS SO ORDERED.

17  Dated:   November 20, 2024

                              UNITED STATES DISTRICT JUDGE